IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **MICHAEL ALONZA RUFUS,** | : | |
| Petitioner, | : | |
| VS. | : | NO. 5:23-CV-00088-TES-CHW |
| **STATE OF GEORGIA,** *et al.*, | : | |
| Respondents. | : | |

# ORDER

Petitioner Michael Alonza Rufus, an inmate presently incarcerated in the Baldwin County Sheriff's Office in Milledgeville, Georgia, has filed a *pro se* pleading that has been docketed as a Petition seeking federal habeas corpus relief pursuant to 28 U.S.C. § 2241 (ECF No. 1). Petitioner has also paid the required filing fee for a federal habeas corpus petition. If Petitioner wishes to proceed with this case, however, he must recast his petition using the Court's standard form and submit it within **FOURTEEN (14) DAYS** of the date shown on this Order. The Clerk is **DIRECTED** to mail Petitioner a copy of the Court's standard § 2241 form, marked with the case number of the above-captioned action, to use for this purpose. Petitioner is also instructed to inform the Court immediately of any change in address. **Failure to fully and timely comply with this Order may result in the dismissal of Petitioner's application.** There will be no service of process in this case until further order of the Court.

**SO ORDERED**, this 23rd day of March, 2023.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge