IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **MICHAEL ALONZA RUFUS,** | : | |
| | : | |
| Petitioner, | : | |
| VS. | : | NO. 5:23-CV-00088-TES-CHW |
| | : | |
| **STATE OF GEORGIA,** *et al.*, | : | |
| | : | |
| Respondents. | : | |
| _____ | : | |

**ORDER**

*Pro se* Petitioner Michael Alonza Rufus, an inmate who was at some point incarcerated by the Baldwin County Sheriff's Office in Milledgeville, Georgia, filed the above-captioned application that has been docketed as a petition for federal habeas corpus relief under 28 U.S.C. § 2241. On March 23, 2023, Petitioner was ordered to recast his Petition on the Court's standard form. Petitioner was given fourteen (14) days to comply, and he was warned that the failure to fully and timely comply with the Court's orders and instructions could result in the dismissal of his Petition. *See generally* Order, Mar. 23, 2023, ECF No. 4.

The time for compliance passed without a response from Petitioner. Petitioner was therefore ordered to respond and show cause why his lawsuit should not be dismissed for failure to comply with the Court's previous orders and instructions. *See generally* Order, Apr. 18, 2023, ECF No. 5. Both of the Court's previous orders were mailed to Petitioner at the Baldwin County Sheriff's Office in Milledgeville, however, and those documents were recently returned to the Court as undeliverable (ECF Nos. 6, 7). Another case filed

by Petitioner shows that he is currently housed in the Petersburg Low Federal Correctional Institution, Inmate Mail/Parcels, P.O. Box 1000, Petersburg, VA  23804.

Because it appears Petitioner did not receive the Court's previous orders, Petitioner is again **ORDERED** to recast his Petition on the Court's standard form and submit it within **FOURTEEN (14) DAYS** of the date of his Order if he wishes to proceed with this case. The Clerk is **DIRECTED** to mail Petitioner a copy of the standard § 2241 form, marked with the case number for the above-captioned action, to Petitioner at his address in Virginia that Petitioner should use for this purpose.  The Clerk is also **DIRECTED** to mail Petitioner copies of the Court's orders filed at ECF Nos. 3, 4, and 5.  Petitioner is also instructed to notify the Court in writing of any change in his mailing address.  **Failure to fully and timely comply with this Order will likely result in the dismissal of Petitioner's application for failure to comply.**  There shall be no service until further order of the Court.

**SO ORDERED**, this 16th day of May, 2023.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge