# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **MICHAEL ALONZA RUFUS,**<br><br>*Petitioner*,<br><br>v.<br><br>**STATE OF GEORGIA,** *et al.*,<br><br>*Respondents*. | **CIVIL ACTION NO.**<br>**5:23-cv-00088-TES-CHW** |

## ORDER DENYING MOTION FOR LEAVE
## TO APPEAL *IN FORMA PAUPERIS* AS MOOT

Before the Court is pro se Petitioner Michael Alonza Rufus's Motion for Leave to Appeal *In Forma Pauperis* [Doc. 31]. By Orders dated November 15, 2023 and December 15, 2023, the Court found that Petitioner failed to make a substantial showing of the denial of a constitutional right and therefore denied a certificate of appealability ("COA"). [Doc. 25, pp. 6–7]; [Doc. 28, p. 2 n.1]. Given that the Court has found that Petitioner is not entitled to a COA, his Motion for Leave to Appeal *In Forma Pauperis* [Doc. 31] is **DENIED as moot**.

**SO ORDERED**, this 16th day of January, 2024.

                                                              S/ Tilman E. Self, III
                                                              **TILMAN E. SELF, III, JUDGE**
                                                              **UNITED STATES DISTRICT COURT**